[No. 29303-6-I.   Division One.   August 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
A. MARTIN, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-01356-6, Warren Chan, J., entered October
1, 1991. *Affirmed* by unpublished opinion per Becker, J.,
concurred in by Pekelis, A.C.J., and Agid, J.

[No. 28893-8-I.   Division One.   August 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD
GENE YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 90-1-07620-9, Mary Wicks Brucker, J., entered
July 29, 1991. *Affirmed* by unpublished opinion per Grosse,
J., concurred in by Coleman and Becker, JJ.

[No. 32056-4-I.   Division One.   August 8, 1994.]

FRANCISZEK P. STARCZEWSKI, *Appellant*, v. RANDOLF I.
GORDON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 91-2-09673-2, Carol A. Schapira, J., entered
March 10, 1993. *Reversed* by unpublished per curiam opinion.

[No. 30809-2-I.   Division One.   August 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. JANAN
ALI, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-03639-6, Arthur E. Piehler, J., entered June
4, 1992. *Affirmed* by unpublished opinion per Scholfield, J.,
concurred in by Pekelis, A.C.J., and Coleman, J.